UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

ROBERT PAUL SULLINS
ADC# 151971                                                                  PLAINTIFF

v.                             4:18CV00324 SWW

RANDY JULIAN, Special
Agent, Drug Task Force, *et al*.                                    DEFENDANTS

# ORDER

The Court has reviewed the Partial Recommended Disposition submitted by United States Magistrate Judge J. Thomas Ray. After a careful review of Mr. Sullins's timely objections, and a *de novo* review of pertinent portions of the record, the Court concludes that the Partial Recommended Disposition should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects.

IT IS, THEREFORE, ORDERED that:

1. Mr. Sullins's claims against Defendants John Martin, Randy Julian, Brandon Chandler, and Randall Murphy are DISMISSED without prejudice.

2. Mr. Sullins's official-capacity claims against Defendant Jason Martin, as well as his claims against Jason Martin challenging the controlled buy, search, and Mr. Sullins's arrest, are DISMISSED without prejudice.

3. Mr. Sullins may PROCEED with his medical indifference claim against Jason Martin in his personal capacity.

4. The Clerk is directed to prepare a summons for Jason Martin. The U.S. Marshal is directed to serve the summons, complaint, and this Order on Jason Martin without prepayment of fees and costs or security.

5. The Court CERTIFIES, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

IT IS SO ORDERED this 13th day of July, 2018.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE