UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**ROBERT PAUL SULLINS**                                                                                    **PLAINTIFF**
**ADC# 151971**

v.                                                            4:18CV00324 SWW

**RANDY JULIAN, Special**
**Agent, Drug Task Force,** *et al*.                                                      **DEFENDANTS**

# ORDER

The Court has reviewed the Recommended Disposition submitted by United States Magistrate Judge J. Thomas Ray. After a careful review of Mr. Sullins's timely objections, and a *de novo* review of the record, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects.

IT IS, THEREFORE, ORDERED that:

1.  Jason Martin's Motion for Summary Judgment, *Doc. 41*, is GRANTED.

2.  Robert Paul Sullins's claims against Jason Martin are DISMISSED.

3.  This case is DISMISSED.

4.  The Court CERTIFIES pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from any Order adopting this Recommendation and accompanying Judgment would not be taken in good faith.

Dated this 11th day of September, 2019.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE