UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**ROBERT PAUL SULLINS**                                                               **PLAINTIFF**
**ADC# 151971**

**v.**                        **4:18CV00324 SWW**

**RANDY JULIAN, Special**
**Agent, Drug Task Force,** *et al.*                                         **DEFENDANTS**

## **JUDGMENT**

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED, WITH PREJUDICE.

IT IS SO ORDERED, this 11th day of September, 2019.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE